IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
In re:                                                      : Chapter 11
                                                            :
SOLSTICE, LLC;                                              : Case No. 09-11010
SOLSTICE OWNERSHIP I, LLC;                                  : Case No. 09-11017
SOLSTICE OWNERSHIP II, LLC;                                 : Case No. 09-11018
SOLSTICE OWNERSHIP III, LLC;                                : Case No. 09-11019
SOLSTICE OWNERSHIP IV, LLC;                                 : Case No. 09-11020
SOLSTICE OWNERSHIP V, LLC;                                  : Case No. 09-11021
SOLSTICE OWNERSHIP VI, LLC;                                 : Case No. 09-11022
SOLSTICE OWNERSHIP VII, LLC;                                : Case No. 09-11023
SOLSTICE MANAGEMENT, LLC;                                   : Case No. 09-11016
SEA VISION I, LLC;                                          : Case No. 09-11015
PARALLEL I LLC;                                             : Case No. 09-11024
PARALLEL ASPEN, LLC;                                        : Case No. 09-11013
PARALLEL MANAGEMENT LLC;                                    : Case No. 09-11014
163 CHARLES STREET NO. 4 NEW YORK, LLC;
and                                                         : Case No. 09-11011
163 CHARLES STREET NO. 5 NEW YORK, LLC,                     : Case No. 09-11012
                                                            :
                    Debtors.                                :
---------------------------------------------------------------------x  (Joint Administration Requested)

**ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES**

Upon the motion dated March 5, 2009 ("Motion") of Solstice, LLC and the other above-captioned debtors (collectively, "Debtors"), for an order pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure, directing the joint administration of the Debtors' Chapter 11 cases for procedural purposes only; and the Court having subject matter jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and due and proper notice of the Motion having been provided; and the relief requested therein being in the best interests of the Debtors and their estates; and after due deliberation and sufficient cause appearing therefore; it is hereby

ORDERED that the Motion is GRANTED; it is further

ORDERED that the above-captioned Chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court; it is further

ORDERED that nothing contained in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the above-captioned cases; it is further

ORDERED that the caption of the jointly administered cases should read as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------------------------------------------x
                                                               :
In re                                                          :   Chapter 11 Case No.
                                                               :
SOLSTICE, LLC et al.                                           :   09-11010 (REG)
                                                               :
                                                               :   (Jointly Administered)
                                                               :
                    Debtors.                                   :
---------------------------------------------------------------x
```

; it is further

ORDERED that a notation substantially similar to the following notation be entered on the docket of each of the Debtors' cases to reflect the joint administration of these cases:

> An Order has been entered in this case directing the procedural consolidation and joint administration of the Chapter 11 cases of Solstice, LLC and its affiliated debtors. The docket for Solstice, LLC, Case No. 09-11010 (REG), should be consulted for all matters affecting this case;

and it is further

ORDERED that the Debtors shall be permitted to file their monthly operating reports required by the United States Trustee Operating Guidelines on a consolidated basis.

Dated: March 10, 2009
New York, New York

*S/ Robert E. Gerber*
UNITED STATES BANKRUPTCY JUDGE