**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: <br><br> SOLSTICE, LLC d/b/a <br> SOLSTICE COLLECTION <br><br> Debtors. | Chapter 11 <br><br> Case No. 09-11010 (REG) <br><br> (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Dr. Mark E. Davis ("Davis"), by counsel, hereby gives his Notice of Appearance, and respectfully requests that copies of all documents (other than proofs of claim) filed in the above-captioned case (the "Case") be given to and served upon the following:

| | |
|---|---|
| Eric R. Moy <br> BARNES & THORNBURG LLP <br> 11 South Meridian Street <br> Indianapolis, IN 46204 <br> Telephone: (317) 236-1313 <br> Telecopier: (317) 231-7433 <br> E-Mail: eric.moy@btlaw.com | Mark R. Owens <br> BARNES & THORNBURG LLP <br> 11 South Meridian Street <br> Indianapolis, IN 46204 <br> Telephone: (317) 236-1313 <br> Telecopier: (317) 231-7433 <br> E-Mail: mark.owens@btlaw.com |

Neither this Notice of Appearance nor any subsequent appearance, pleading, proof of claim or other writing or conduct shall constitute a waiver of any of Davis's (a) rights to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court; (b) rights to trial by jury in any proceeding as to any and all matters so triable; (c) rights to have the reference in this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (d) other rights, claims, defenses, setoffs, or other matters. All such rights hereby are reserved and preserved by Davis, without exemption and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in the Case.

Respectfully submitted this 12th day of May, 2009.

    /s/ Mark R. Owens
Mark R. Owens
BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, IN 46204
Telephone (317) 236-1313
Facsimile (317) 231-7433
E-Mail: mark.owens@btlaw.com

*Attorneys for Dr. Mark E. Davis*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of May, 2009, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties registered to receive such notice. Additionally, this Notice of Appearance was served upon the following parties at the addresses listed below via U.S. Mail.

Arthur Jay Steinberg
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
*Counsel for the Debtors*

Greg M. Zipes
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

    /s/ Mark R. Owens
Mark R. Owens