DAY PITNEY LLP
(MAIL TO) P.O. BOX 1945, MORRISTOWN, NJ 07962-1945
(DELIVERY TO) 200 CAMPUS DRIVE, FLORHAM PARK, NJ 07932-0950
(973) 966-6300
SCOTT A. ZUBER ESQ. (SZ-9728)
szuber@daypitney.com
- and -
7 Times Square
New York, NY 10036-7311
(212) 297-5800
ATTORNEYS FOR UNICORN HRO

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| SOLSTICE, LLC, et al., | Case No. 09-11010 (REG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Unicorn HRO ("Unicorn") appears herein through its undersigned attorneys, pursuant to 11 U.S.C. Section 1109(b) and Rule 9010 of the Federal Rules of Bankruptcy Procedure, and requests that all notices (including those required by Bankruptcy Rule 2002) in these cases or any related adversary proceeding be mailed to the undersigned, unless otherwise directed by the Court, at the addresses set forth below.

PLEASE TAKE FURTHER NOTICE that request is hereby also made for service of copies of all papers, including, but not limited to, reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements, and answering or reply papers filed in the above-captioned cases or any related adversary proceeding by mailing one copy of each, unless otherwise directed by the Court, to the following:

83167897A01051909

Scott A. Zuber, Esq.
Day Pitney LLP
(Mail To) P.O. Box 1945, Morristown, NJ 07962-1945
(Deliver To) 200 Campus Drive, Florham Park, NJ 07932-0950
Phone: 973-966-6300
Fax: 973-966-1015
Email: szuber@daypitney.com

PLEASE TAKE FURTHER NOTICE that Unicorn does not intend this Notice of Appearance and Request for Notices and Service of Papers, nor any subsequent appearance, pleading, claim, or suit, to waive any rights to which it may be entitled including, but not limited to: (i) its right to have final orders in noncore matters entered only after *de novo* review by a District Judge; (ii) its right to trial by jury in any proceeding related to these cases; (iii) its right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any rights, claims, actions, defenses, setoffs, or recoupments to which it may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments it expressly reserves.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Notices and Service of Papers does not constitute an agreement to accept service of initial process under Rule 4, F.R.Civ.P., or Rule 7004 F.R.Bankr. P., nor shall it result in undersigned counsel being deemed to be the agent of Unicorn for such purpose.

DAY PITNEY LLP
Attorneys for Unicorn HRO

By: /s/ Scott A. Zuber
SCOTT A. ZUBER (SZ-9728)

Dated: May 18, 2009
Florham Park, NJ

2

83167897A01051909