DICONZA LAW, P.C.
630 Third Avenue, Seventh Floor
New York, New York 10017
Tel: 212-682-4940
Fax: 212-682-4942
Attn: Gerard DiConza
      Lance A. Schildkraut

*Bankruptcy Counsel for Graham Kos*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

| | |
|---|---|
| In re: | Chapter 11 |
| SOLSTICE, LLC, *et al.*, | Case No. 09-11010 (REG) |
| | (Jointly Administered) |
| Debtors. | |

------------------------------------------------------------ x

NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF PAPERS AND RESERVATION OF RIGHTS

      PLEASE TAKE NOTICE that DiConza Law, P.C. appears on behalf of Graham Kos ("Kos") and, pursuant to Rules 2002, 9007, 9010(b) and 9013 of the Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b), requests that all notices given or required in the above-captioned cases, and all documents, and all other papers served in these cases, be given to and served upon:

> DiConza Law, P.C.
> 630 Third Avenue, 7th Floor
> New York, New York 10017
> Attn: Gerard DiConza, Esq.
> Telephone: (212) 682-4940
> Facsimile: (212) 682-4942
> E-Mail: gdiconza@dlawpc.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects the above-captioned Debtors or their property.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which Kos is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: New York, New York
       June 12, 2009                                 DICONZA LAW, P.C.

                                              By:   /s/ Gerard DiConza
                                                      Gerard DiConza
                                                      630 Third Avenue, 7th Floor
                                                      New York, New York 10017
                                                      Tel: (212) 682-4940
                                                      Fax: (212) 682-4942
                                                      Email: gdiconza@dlawpc.com