UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
In re: : CHAPTER 11
:
SOLSTICE, LLC, et al., : CASE NO. 09-11010 (REG)
: (Jointly Administered)
Debtors. : AUGUST 13, 2009
-----------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that the undersigned attorney hereby enters an appearance in the above-captioned Chapter 11 case on behalf of RISA, LLC and ALEXANDER LLOYD. Pursuant to and in accordance with the Bankruptcy Code, and the Federal Rules of Bankruptcy Procedure, including without limitation, Rules 2002 and 9007, the undersigned demands that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to the undersigned at the office, address and telephone number set forth below.

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes the notices and papers referred to in the Bankruptcy Rules specified above and also includes, without limitation, notices of any orders, plans, disclosure statements, operating reports, applications, complaints, demands, hearings, motions, petitions, pleadings, or requests, and any other documents brought before this Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery,

telephone, telegraph, telex or otherwise, which affects the Debtor or the property of the Debtor.

Respectfully submitted, this 13th day of August, 2009.

RISA, LLC AND ALEXANDER LLOYD

By /s/ Jeffrey Hellman
Jeffrey R. Hellman (jh8874)
ZEISLER & ZEISLER, P.C.
558 Clinton Avenue
Bridgeport, Connecticut 06605
(203) 368-4234
jhellman@zeislaw.com

ZEISLER & ZEISLER, P.C. • ATTORNEYS AT LAW
558 CLINTON AVENUE • P. O. BOX 3186 • BRIDGEPORT, CONNECTICUT 06605-0186 • (203) 368-4234 • JURIS NO. 69625

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                          :    CHAPTER 11
                                                :
SOLSTICE, LLC, et al.,                          :    CASE NO. 09-11010 (REG)
                                                :    (Jointly Administered)
                                  Debtors.      :    AUGUST 13, 2009
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I certify that I have this date caused to be served the following parties with a copy of the within and foregoing Notice of Appearances by electronic mail, facsimile, and/or by placing a copy of same in the United States Mail with sufficient postage affixed thereto to insure prompt delivery, addressed to:

Arthur J. Steinberg, Esquire asteinberg@kslaw.com
Heath D. Rosenblat, Esquire hrosenblat@kslaw.com
Schuyler G. Carroll, Esquire carroll.schuyler@arentfox.com

And by regular mail, postage prepaid, to:

Greg M. Zipes, Esquire
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004

_____
Jeffrey Hellman (JH8874)

3