TROUTMAN SANDERS LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174-0700
Phone: (212) 704-6000
Fax: (212) 704-6288
Brett D. Goodman, Esq.
*Attorneys for Greenwich Insurance
Company*

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| | ) | Chapter 11 |
| | ) | |
| In re Solstice LLC, *et al.*, | ) | |
| | ) | Case No. 09-11010 (REG) |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

TO:     ALL PARTIES IN INTEREST

PLEASE TAKE NOTICE that Greenwich Insurance Company ("Greenwich") hereby appears by their counsel, Troutman Sanders LLP, in the above captioned chapter 11 cases, pursuant to 11 U.S.C. § 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and request copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b) and (f), 3017(a) and 9007 including, without limitation, any and all notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings, requests, proposed disclosure statements and plans of reorganization and any other documents brought before the Court in these cases.

All such notices should be addressed as follows:

TROUTMAN SANDERS LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Telephone: (212) 704-6000
Facsimile: (212) 704-6288
Attn:   Brett D. Goodman, Esq.
Email:  brett.goodman@troutmansanders.com

    -and-

TROUTMAN SANDERS LLP
401 9th Street, N.W. Suite 1000
Washington, D.C. 20004
Telephone: (202) 662-2074
Facsimile:  (202) 274-2994
Attn:    Charles A. Jones, Esq.
Email:  tony.jones@troutmansanders.com

PLEASE TAKE FURTHER NOTICE, that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, telegraph, telex or telecopier or otherwise, filed with regard to the above-captioned cases and proceeding therein.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any subsequent appearance, pleading, claim or suit is intended to waive and shall not constitute a waiver of (i) Greenwich's right to have final orders in non-core matters entered only after de novo review by a District Court; (ii) Greenwich's right to a jury trial in any proceedings so triable herein, or in any case, controversy, or proceeding related hereto; (iii) Greenwich's right to request to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which

- 2 -

Greenwich is or may be entitled to under agreements, documents or instruments, at law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: September 15, 2009                                    Respectfully submitted,

                                                             TROUTMAN SANDERS LLP


                                                             By: /s/ _Brett D. Goodman_____
                                                                 Brett D. Goodman, Esq.
                                                                 The Chrysler Building
                                                                 405 Lexington Avenue
                                                                 New York, NY 10174
                                                                 Telephone: (212) 704-6000
                                                                 Facsimile: (212) 704-6288

                                                                 *Attorneys for Greenwich*
**Of Counsel:**                                                  *Insurance Company*

Charles A. Jones
Troutman Sanders LLP
401 9th Street, N.W. Suite 1000
Washington, D.C. 20004
Telephone: (202) 662-2074
Facsimile: (202) 274-2994

1369270v1 234946.000005