UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re: : Chapter 11
 :
SOLSTICE, LLC, et al., : Case No.: 09-11010(REG)
 :
              Debtors. : **NOTICE OF APPEARANCE**
-----------------------------------------------------------X

      The undersigned hereby appears on behalf of 163 Charles St. Realty, LLC, a secured creditor and Barry Leistner, and requests that all court notices, motions and other documents and papers pertaining to the above-captioned case be served upon the undersigned at the address set forth below.

Dated: December 10, 2009
       New York, New York

                              Yours, etc.
                              D'Agostino, Levine, Landesman & Lederman, LLP

                              By: /s/ George Tzimopoulos
                                 George Tzimopoulos (GT 2265)
                                 Attorneys for 163 Charles St. Realty LLC
                                 and Barry Leistner
                                 345 Seventh Avenue, 23rd Floor
                                 New York, New York 10001
                                 Tel: (212) 564-9800
                                 Fax: (212) 564-9802
                                 Email: gtzimopoulos@dagll.com