WINSTON & STRAWN LLP
David Neier (DN 5319)
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Pro Se

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x
｜
In re:　　　　　　　　　　　　　　　　　　　：　　Chapter 11
｜
Solstice, LLC, et al.　：　　　　　　　　　　　Case No. 09-11010 (REG)
｜
　　　　　　　　　Debtor.　　：　　(Jointly Administered)
｜
-------------------------------------------------------x

### NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS AND RESERVATION OF RIGHTS

**PLEASE TAKE NOTICE** that Winston & Strawn LLP hereby appears in this proceeding as a pro se creditor in the above-referenced proceedings (hereafter, "W&S"), and requests, pursuant to 11 U.S.C. §§ 342 and 1109(b) and Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure, that copies of all papers filed in this proceeding or in any related adversary proceedings be served on the individuals at the addresses set forth below:

> David Neier
> WINSTON & STRAWN LLP
> 200 Park Avenue
> New York, New York 10166-4193
> Telephone: (212) 294-6700
> Facsimile: (212) 294-4700
> dneier@winston.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to or specified above but also includes, without limitation, orders and notices of any application, complaint, demand, motion, petition, plan, disclosure statement, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, telegraph, telex or otherwise filed or made which affect or seek to affect in any way rights or interests of W&S, parties in interest, the Debtors or the property of the Debtors and their estates.

**PLEASE TAKE FURTHER NOTICE** that W&S intends that neither this Amended Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive or otherwise impair or limit (a) W&S's right to have final orders in non-core matters entered only after de novo review by a District Judge, (b) W&S's right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (c) W&S's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any other rights, claims or actions, to which W&S is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments W&S expressly reserves.

Dated: New York, New York
December 16, 2009

WINSTON & STRAWN LLP

By:/s/ David Neier
    David Neier (DN 5319)
200 Park Avenue
New York, NY 10166
Telephone No.: (212) 294-6700
Facsimile No.: (212) 294-4700

Pro Se