UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>SOLSTICE, LLC., *et al.*,<br><br>       Debtors. | Chapter 11<br><br>Case No. 09-11010 (REG)<br>(Jointly Administered) |
| SOLSTICE, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>KOS GRAHAM; TIM WOLFF; TIM WELLER; CHAD MORSE; JAMES KIME; SHAY LLC; BEALE LLC; WINSTON & STRAWN LLP; JONATHAN COHEN; NOVOGRADAC AND COMPANY LLP; JON KRABBENSCHMIDT; SHAY KOS; and DOES 1 through 400,<br><br>       Defendants. | Adv. Pro. No. 10-02787 (REG) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned counsel hereby enters this case on behalf of Defendants Novogradac and Company LLP and Jon Krabbenschmidt.

In accordance with Title 11 of the United States Code and Rules 2002 and 9004 of the Federal Rules of Bankruptcy Procedure, all notices given or required to be given and all papers served or required to be served in these proceedings including, without limitation, orders and notices of any petition, application, demand, hearing, motion, pleading or request, whether formal or informal, written or oral, transmitted or conveyed by mail, email, hand delivery, telephone, telecopy or otherwise, must be served upon:

#0227850.02

VEDDER PRICE P.C.
Attn.: John H. Eickemeyer, Esq.
Daniel C. Green, Esq.
1633 Broadway, 47th Floor
New York, New York 10019
Tel.: (212) 407-7700
Fax: (212) 407-7799
Email: jeickemeyer@vedderprice.com
dgreen@vedderprice.com


Dated: New York, New York
February 11, 2010

VEDDER PRICE P.C.


By: s/ John H. Eickemeyer
John H. Eickemeyer
Daniel C. Green
1633 Broadway, 47th Floor
New York, New York 10019
Tel.: (212) 407-7700
Fax: (212) 407-7799

*Attorneys for Defendants
NOVOGRADAC AND COMPANY LLP
and JON KRABBENSCHMIDT*

-2-

#0227850.02