# EXHIBIT D

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
In re: : Chapter 11
 :
SOLSTICE, LLC, *et al.,* : Case No. 09-11010 (REG)
 : (Jointly Administered)
                       Debtors. :
---------------------------------------------------------------------x

## NOTICE OF CONFIRMATION HEARING AND
## DEADLINE FOR OBJECTING TO CONFIRMATION

**PLEASE TAKE NOTICE** that on April 30, 2010, Solstice, LLC ("Solstice"), its management company Solstice Management, LLC, and certain direct or indirect subsidiaries (collectively, the "Subsidiary Debtors")[1], as debtors and debtors-in-possession (collectively, the "Debtors"), filed the First Amended Disclosure Statement ("First Amended Disclosure Statement") and the *First Amended Joint Liquidating Plan of Reorganization* ("First Amended Plan"). On May 4, 2010, the Bankruptcy Court entered an order (i) approving the First Amended Disclosure Statement, (ii) scheduling a hearing to consider confirmation of the First Amended Plan, and (iii) establishing various deadlines and procedures, including those set forth in this notice ("Solicitation Procedures Order").

### HEARING ON CONFIRMATION OF THE PLAN

1. The hearing to confirm the First Amended Plan ("Confirmation Hearing") will commence on **June 16, 2010 at 10:30 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel can be heard, before the Honorable Robert E. Gerber of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10006, Courtroom 621. The Confirmation Hearing may be continued from time-to-time by the announcement of such continuance in open court or otherwise, all without further notice to parties-in-interest, and the First Amended Plan may be modified pursuant to 11 U.S.C. § 1127 prior to, during or as a result of the Confirmation Hearing, without further notice to parties-in-interest.

### VOTING DEADLINE AND VOTING INFORMATION

2. The Bankruptcy Court has fixed **June 9, 2010 at 5:00 p.m. (prevailing Eastern Time)** as the deadline by which ballots accepting or rejecting the First Amended Plan must be received by the Debtors' counsel. In order to be counted as a vote to accept or reject the First

---

[1] The Subsidiary Debtors consist of the following fourteen (14) entities: (i) Solstice Ownership I, LLC; (ii) Solstice Ownership II, LLC; (iii) Solstice Ownership III, LLC; (iv) Solstice Ownership IV, LLC; (v) Solstice Ownership V, LLC; (vi) Solstice Ownership VI, LLC; (vii) Solstice Ownership VII, LLC; (viii) Sea Vision I, LLC; (ix) Parallel I LLC; (x) Parallel Aspen, LLC; (xi) Parallel Management LLC; (xii) 163 Charles Street No. 4 New York, LLC; (xiii) 163 Charles Street No. 5 New York, LLC; and (xiv) Solstice Ownership 7, S.r.l.

Amended Plan, each ballot must be properly executed, completed and delivered to Debtors' counsel (i) by first-class mail, in the return envelope provided with each ballot, (ii) by overnight courier, or (iii) by personal delivery, in each instance so that it is *actually received* by Debtors' counsel no later than **5:00 p.m. (prevailing Eastern Time) on June 9, 2010.**

## EXCULPATIONS

3. In connection with the confirmation of the First Amended Plan, the Debtors are seeking approval of certain exculpations, including exculpations of officers and directors of the Debtors, that will become effective and binding on the Effective Date (as defined in the First Amended Plan) in accordance with the terms of the First Amended Plan and Confirmation Order (as defined in the First Amended Plan). These exculpations are described in detail in the First Amended Disclosure Statement.

## OBJECTION DEADLINE AND PROCEDURES
## FOR FILING OBJECTIONS TO THE FIRST AMENDED PLAN

4. The Bankruptcy Court has established **June 9, 2010 at 5:00 p.m. (prevailing Eastern Time)** as the deadline for filing and serving objections to confirmation of the First Amended Plan ("Objection Deadline"). Objections not timely filed and served will be overruled by the Court.

5. To be considered by the Court, any objections to the First Amended Plan must be (i) be in writing; (ii) state the name and address of the responding party and the amount and nature of the claim or interest of such party; (iii) state with particularity the legal and factual basis of any response; (iv) conform to the Bankruptcy Rules and Local Rules; and (v) be filed with the Bankruptcy Court, together with proof of service, electronically, in accordance with General Order M-242 (General Order M-242 and the User's Manual for the Electronic Case Filing System which can be found at the Bankruptcy Court's official website (www.nysb.uscourts.gov)), by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format (with a hard copy delivered to Chambers) and served in accordance with General Order M-242, so as to be *actually received* not later than **5:00 p.m. (prevailing Eastern Time) on June 9, 2010** and, such service shall be completed and actually received by the following parties on or prior to the Objection Deadline: (a) King & Spalding LLP, 1185 Avenue of the Americas, New York, New York 10036, Attn: Arthur J. Steinberg and Heath D. Rosenblat (counsel for the Debtors); (b) Solstice LLC, 601 Union Street, Suite 4200, Seattle, Washington 98101, Attn: Carolynn Rockafellow; (c) the Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, NY 10004, Attn: Greg M. Zipes; and (d) Arent Fox LLP, 1675 Broadway, New York, New York 10019, Attn: Schuyler G. Carroll and Ronni N. Arnold (counsel for the Official Committee of Unsecured Creditors).

## INFORMATION AND DOCUMENTS

6. Any party-in-interest wishing to obtain a copy of the First Amended Disclosure Statement, the First Amended Plan, or the Solicitation Procedures Order may request such copies by contacting counsel for the Debtors, King & Spalding LLP, 1185 Avenue of the Americas, New York, New York 10036, Attn: Heath D. Rosenblat, Telephone No. (212) 556-2124.

Dated: _____, 2010
       New York, New York

                              KING & SPALDING LLP

                              By: _____
                              Arthur J. Steinberg
                              Heath D. Rosenblat
                              King & Spalding LLP
                              1185 Avenue of the Americas
                              New York, NY 10036
                              Telephone: (212) 556-2100
                              Facsimile: (212) 556-2222

                              *Counsel for the Debtors*