| | |
|---|---|
| KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 556-2100<br>Facsimile: (212) 556-222<br>Arthur J. Steinberg<br>Heath D. Rosenblat | Hearing Date: June 16, 2010 at 10:30 a.m. (Eastern)<br>Objection Deadline: June 14, 2010 at 4:00 p.m. (Eastern) |

*Counsel for the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| SOLSTICE, LLC, *et al.*, | : Case No. 09-11010 (REG) |
| | : (Jointly Administered) |
| Debtors.[1] | : |

-------------------------------------------------------------------x

**NOTICE OF SECOND APPLICATION OF BDO SEIDMAN, LLP FOR ALLOWANCE OF INTERIM COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND EXPENSES INCURRED DURING THE PERIOD FEBRUARY 3, 2010 THROUGH AND INCLUDING APRIL 15, 2010**

**PLEASE TAKE NOTICE** that a hearing ("Hearing") to consider *Second Application of BDO Seidman, LLP For Allowance of Interim Compensation For Professional Services Rendered And Expenses Incurred During The Period February 3, 2010 Through And Including April 15, 2010* ("Fee Application"), filed on May 19, 2010, by BDO Seidman, LLP ("BDO"), tax preparer and advisor for the Debtors, has been scheduled before the Honorable Robert E. Gerber of the United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court"), One Bowling Green, New York, NY 10006, Courtroom 621, on **June 16, 2010 at 10:30 a.m. (prevailing Eastern Time)**.

---

[1] The Debtors consist of the following sixteen (16) entities: (i) Solstice, LLC; (ii) Solstice Management, LLC; (iii) Solstice Ownership I, LLC; (iv) Solstice Ownership II, LLC; (v) Solstice Ownership III, LLC; (vi) Solstice Ownership IV, LLC; (vii) Solstice Ownership V, LLC; (viii) Solstice Ownership VI, LLC; (ix) Solstice Ownership VII, LLC; (x) Sea Vision I, LLC; (xi) Parallel I LLC; (xii) Parallel Aspen, LLC; (xiii) Parallel Management LLC; (xiv) 163 Charles Street No. 4 New York, LLC; (xv) 163 Charles Street No. 5 New York, LLC; and (xvi) Solstice Ownership 7, S.r.l.

**PLEASE TAKE FURTHER NOTICE** that the Fee Application seeks fees of $60,000.00 and expenses of $387.00.

**PLEASE TAKE FURTHER NOTICE** that the Fee Application is available for inspection and copying during normal business hours at the Clerk of the Bankruptcy Court or by written request to the Bankruptcy Court Clerk's Office or using the PACER filing system utilized by the Bankruptcy Court at <https://ecf.nysb.uscourts.gov>. Copies can also be obtained upon written request to Francois Chadwick, BDO Seidman, LLP, Spear Tower, One Market, Suite 1100, San Francisco, CA 94105.

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the Fee Application must: (i) be in writing; (ii) state the name and address of the responding party and the amount and nature of the claim or interest of such party; (iii) state with particularity the legal and factual basis of any response; (iv) conform to the Bankruptcy Rules and Local Rules; and (v) be filed with the Bankruptcy Court, together with proof of service, electronically, in accordance with General Order M-242 (General Order M-242 and the User's Manual for the Electronic Case Filing System which can be found at the Bankruptcy Court's official website (www.nysb.uscourts.gov)), by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format (with a hard copy delivered to Chambers) and served in accordance with General Order M-242, so as to be *actually received* not later than **4:00 p.m. (prevailing Eastern time) on June 14, 2010** (the "Objection Deadline") and, such service shall be completed and actually received by the following parties on or prior to the Objection Deadline: (a) King & Spalding LLP, Counsel for the Debtors, 1185 Avenue of the Americas, New York, New York 10036, Attn: Arthur J. Steinberg; (b) Solstice LLC, 601 Union Street, Suit 4200, Seattle, Washington 98101,

Attn: Carolynn Rockafellow; (c) the Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, NY 10004, Attn: Greg M. Zipes; (d) Arent Fox LLP, 1675 Broadway, New York, New York 10019, Attn: Schuyler G. Carroll and George P. Angelich (counsel for the Official Committee of Unsecured Creditors); and (e) BDO Seidman, LLP, Spear Tower, One Market, Suite 1100, San Francisco, CA 94105, Attn: Francois Chadwick.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be adjourned from time-to-time without further notice other than by announcement of such adjournment in the Bankruptcy Court on the date set forth above for the Hearing.

Dated: May 19, 2010
      New York, New York

      KING & SPALDING LLP

      By: /s/ Arthur J. Steinberg
      Arthur J. Steinberg
      Heath D. Rosenblat
      King & Spalding LLP
      1185 Avenue of the Americas
      New York, NY 10036
      (212) 556-2100 telephone
      (212) 556-2222 facsimile

      *Counsel for the Debtors*