KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur J. Steinberg
Heath D. Rosenblat

*Counsel for the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re: : Chapter 11
 :
SOLSTICE, LLC, *et al.,* : Case No. 09-11010 (REG)
 : (Jointly Administered)
 Debtors.[1] :
------------------------------------------------------------------x

**NOTICE OF AMENDED AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JUNE 16, 2010 AT 10:30 A.M. (EST)**[2]

**CONTESTED MATTER:**

    Confirmation of *First Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code,* filed by Arthur Jay Steinberg on behalf of Solstice, LLC **[Docket No. 342]**.

    Related Filings:

        A.    Order (I) Approving First Amended Disclosure Statement, (II) Establishing Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the First Amended Joint Liquidation Plan of Reorganization, (III) Scheduling a Confirmation Hearing, and (IV) Approving Related Notice Procedures, signed on May 5, 2010 **[Docket No. 353]**;

---

[1] The Debtors consist of the following sixteen (16) entities: (i) Solstice, LLC; (ii) Solstice Management, LLC; (iii) Solstice Ownership I, LLC; (iv) Solstice Ownership II, LLC; (v) Solstice Ownership III, LLC; (vi) Solstice Ownership IV, LLC; (vii) Solstice Ownership V, LLC; (viii) Solstice Ownership VI, LLC; (ix) Solstice Ownership VII, LLC; (x) Sea Vision I, LLC; (xi) Parallel I LLC; (xii) Parallel Aspen, LLC; (xiii) Parallel Management LLC; (xiv) 163 Charles Street No. 4 New York, LLC; (xv) 163 Charles Street No. 5 New York, LLC; and (xvi) Solstice Ownership 7, S.r.l.

[2] The hearing will be held at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 621, New York, New York 10004.

Responses Filed In Support Of Confirmation:

A. *Debtors' Memorandum in Support of Confirmation of the First Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code and Response to the Objection of the 2M Group* with attachment (***Proposed Confirmation Order*** with Exhibits A and B), filed by Heath D. Rosenblat **[Docket No. 371]**;

B. *Declaration of Carolynn Rockafellow in Support of Confirmation of the Debtors' First Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code*, filed by Heath D. Rosenblat **[Docket No. 372]**;

C. *Declaration of Heath D. Rosenblat, Counsel for the Debtors, Regarding the Methodology for the Tabulation of and Results of Voting with Respect to the Debtors' First Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code* (Attachments: Exhibit A - Voting Results Summary Report; Exhibit B - Detailed Report of Voting Results; Exhibit C - Invalid Claims; Exhibit D - Amended Claims*)*, filed by Heath D. Rosenblat on behalf of Solstice, LLC. **[Docket No. 373]**;

D. Statement in Support of First Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code, filed by Schuyler G. Carroll on behalf of Official Committee of Unsecured Creditors **[Docket No. 370]**; and

E. Amended Statement in Support of First Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code, filed by Schuyler G. Carroll on behalf of Official Committee of Unsecured Creditors **[Docket No. 374]**.

Objections Received (Objection Deadline Per Court Order - June 9, 2010 at 5:00 p.m.)

A. Objection to Confirmation of Amended Plan (related Docket No. 342), filed by Stephen Crump on behalf of 2M Group, Koskie, Goodman, with attachments **[Docket No. 369]**; and

B. Graham Kos' Joinder in the 2M Group's Objection to the First Amended Plan of Liquidation **[Docket No. 377]** - **UNTIMELY FILED ON JUNE 14, 2010**.

Status: This matter is going forward.

**UNCONTESTED MATTER:**

*Notice of and Second Application of BDO Seidman, LLP for Allowance of Compensation for Professional Services Rendered and Expenses Incurred During the Period February 3, 2010 Through and Including April 15, 2010* for Solstice, LLC, Auditor, period: 2/3/2010 to 4/15/2010, fee: $60,000.00, expenses: $387.00. filed by Solstice, LLC **[Docket Nos. 358 and 359]**.

Response Deadline: June 14, 2010 at 4:00 p.m.

No Objections Filed.

<u>Status</u>: This matter is going forward.

Dated: June 15, 2010
New York, New York

                                            KING & SPALDING LLP

                                            By: /s/ Arthur J. Steinberg
                                            Arthur J. Steinberg
                                            Heath D. Rosenblat
                                            King & Spalding LLP
                                            1185 Avenue of the Americas
                                            New York, NY 10036
                                            (212) 556-2100 telephone
                                            (212) 556-2222 facsimile

                                            *Counsel For The Debtors*