See ref #395

RECEIVED
JUL 30 2010
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re:  :  Chapter 11
SOLSTICE, LLC, et al.,  :  Case No. 09-11010 (REG)
 :  (Jointly Administered)
          Debtors.[1]  :

------------------------------------------------------------x

## NOTICE OF ENTRY OF CONFIRMATION ORDER AND OCCURRENCE OF THE EFFECTIVE DATE

**PLEASE TAKE NOTICE** that on June 16, 2010, the Honorable Robert E. Gerber of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10006, Courtroom 621 ("Bankruptcy Court") held a confirmation hearing with respect to the *Debtors' First Amended Plan of Liquidation Under Chapter 11 of the Bankruptcy Code* (the "Plan").

**PLEASE TAKE FURTHER NOTICE** that on June 16, 2010, the Bankruptcy Court entered an order (the "Confirmation Order") confirming the Plan [Docket No. 381].

**PLEASE TAKE FURTHER NOTICE** that on June 23, 2010, the Bankruptcy Court subsequently entered a revised Confirmation Order (the "Revised Confirmation Order")[2] [Docket No. 383].

**PLEASE TAKE FURTHER NOTICE** that on July 16, 2010, the Effective Date of the Plan occurred.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Revised Confirmation Order, Professional Persons requesting compensation or reimbursement of expenses pursuant to Sections 327, 328, 330, 331, 503(b) and 1103 of the Bankruptcy Code relating to services incurred on and after the Petition Date and prior to the Effective Date must file an application for final allowance of compensation and reimbursement of expenses no later than forty-five (45) days after the Effective Date. Revised Confirmation Order at ¶ 13. Thus, the deadline for filing such applications is **August 30, 2010.**

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Revised Confirmation Order, each Administrative Expense Claim holder, other than a Professional Person (who are governed by Section 2.2 of the Plan), which has not been paid by the Confirmation Date, must file an Administrative Expense Claim with the Bankruptcy Court, counsel for the Debtors and the Committee, by no later than forty-five (45) days after the Effective Date. Revised

---

[1] The Debtors consist of the following sixteen (16) entities: (i) Solstice, LLC; (ii) Solstice Management, LLC; (iii) Solstice Ownership I, LLC; (iv) Solstice Ownership II, LLC; (v) Solstice Ownership III, LLC; (vi) Solstice Ownership IV, LLC; (vii) Solstice Ownership V, LLC; (viii) Solstice Ownership VI, LLC; (ix) Solstice Ownership VII, LLC; (x) Sea Vision I, LLC; (xi) Parallel I LLC; (xii) Parallel Aspen, LLC; (xiii) Parallel Management LLC; (xiv) 163 Charles Street No. 4 New York, LLC; (xv) 163 Charles Street No. 5 New York, LLC; and (xvi) Solstice Ownership 7, S.r.l.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to such terms in the Revised Confirmation Order.

NYC/493447.1
NYC/494363.1